STATE OF LOUISIANA                              NO. 22-K-438

VERSUS                                          FIFTH CIRCUIT

CHRIS A LEPINE                                  COURT OF APPEAL

                                                STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

_Wiseman_
Linda Wiseman
First Deputy, Clerk of Court

                        September 26, 2022

                        Linda Wiseman
                        First Deputy Clerk

**IN RE** CHRIS A LEPINE

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE DONALD A. ROWAN, JR., DIVISION "L", NUMBER 21-6463

                Panel composed of Judges Robert A. Chaisson,
                Stephen J. Windhorst, and Hans J. Liljeberg

**WRIT GRANTED**

In this *pro se* writ application, relator seeks a writ of mandamus from this Court ordering the trial court to rule on his Motion for Bill of Particulars. The record shows that relator filed a *pro se* Motion for Bill of Particulars on April 13, 2022, but it does not show that the trial court ruled on this motion. Accordingly, we grant this writ application and order the trial court to consider and rule on relator's *pro se* Motion for Bill of Particulars, if it has not already done so.

Gretna, Louisiana, this 26th day of September, 2022.

                        **HJL**
                        **RAC**
                        **SJW**

22-K-438

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
INTERIM CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **09/26/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**22-K-438**

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Donald A. Rowan, Jr. (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Chris A. Lepine #126045 (Relator)
Madison Parish Correctional Center
158 Treatment Plant Road
Tallulah, LA 71282